```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18570
   BRIAN PALMER
   KATHLEEN PALMER                           CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-7822      SSN XXX-XX-3044
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/10/05 and confirmed on 09/30/05.

   2.  The case was converted to Chapter 7 after confirmation, 11/20/2006.

   3.  The Debtor paid a total of $   7657.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3368.12 | .00 | 3368.12 |
| AMERICREDIT FINANCIAL | SECURED | 9200.00 | 1027.37 | 2364.08 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BASUDER SAHA MD | UNSECURED | 195.16 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 946.58 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6175.83 | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL SPECIALIS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 313.73 | .00 | .00 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY HEMATOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| INSURANCE PREMIUM | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 10221.07 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRC RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| ROCKLAND PROFESSIONAL CE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 654.99 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 846.09 | .00 | .00 |
| ANTHONY BLAXTON | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WALGREENS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 352.66 | .00 | .00 |

          Summary of disbursements:

```
                         SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     12568.12           .00     19706.11           .00      32274.23
PRINCIPAL PAID          5732.20           .00          .00           .00       5732.20
INTEREST PAID           1027.37           .00          .00           .00       1027.37
TOTAL PAID              6759.57           .00          .00           .00       6759.57
```
The Debtor's attorney, PATRICK J HART                  , was allowed $   1200.00
and was paid $    606.00  direct and $    594.00  through the plan.

The Trustee received $    303.43 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/23/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 18570 BRIAN  PALMER & KATHLEEN PALMER